UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

IN RE BRYANT,

    Plaintiff,

Case No. 21-cv-07929-PJH

**ORDER OF DISMISSAL**

    Plaintiff, a Florida state prisoner proceeding pro se, filed a civil action.  Plaintiff was sent a notice that he had not paid the filing fee or submitted a complete application for leave to proceed in forma pauperis ("IFP").  He was provided twenty-eight days to correct these deficiencies.  More than twenty-eight days has passed, and plaintiff has not paid the fee, filed a complete application to proceed IFP or otherwise communicated with the court.  The case is **DISMISSED** without prejudice.

    **IT IS SO ORDERED.**

Dated: November 23, 2021

    */s/ Phyllis J. Hamilton*
    PHYLLIS J. HAMILTON
    United States District Judge